THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Vladimir Walt Pantovich, Appellant.
 
 
 

Appeal From Georgetown County
Benjamin H. Culbertson, Circuit Court Judge

Unpublished Opinion No. 2011-UP-275
Submitted May 1, 2011  Filed June 8, 2011   

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Vladimir Walt Pantovich appeals his conviction for voluntary manslaughter, arguing the trial court erred in allowing an expert to
testify from drawings and notes she had not prepared.  After a thorough review of the record, counsel's brief, and the pro se brief pursuant to Anders
v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
be relieved.[1]
APPEAL DISMISSED. 
FEW, C.J., HUFF and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.